STATE OF NEW JERSEY v. ROBERT WINDSOR.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT THOMAS, JR.

April 15, 1981.

Petition for certification denied.

WILLIAM TEXTER v. DEPARTMENT OF HUMAN SERVICES.

April 15, 1981.

Petition for certification granted.   (See 178  *N.J.Super.* 104)

IN THE MATTER OF ELLIOT L. SHACK.

April 15, 1981.

Petition for certification denied.   (See 177  *N.J.Super.* 358)

CITY OF PERTH AMBOY v. PERTH AMBOY
GENERAL HOSPITAL.

April 15, 1981.

Petition for certification denied.